STATE OF MAINE                                  DISTRICT COURT
CUMBERLAND, ss.                                 PORTLAND
                                                Docket No. CV-14-616

KELLY REMMEL & ZIMMERMAN          )
                                  )
          Plaintiff               )
                                  )
v.                                )             ORDER ON PLAINTIFF'S
                                  )             MOTION FOR SUMMARY
                                  )             JUDGMENT
                                  )
SERAPHINE NYIRASAFALI             )
                                  )
          Defendant               )

Pending before the court is Plaintiff's motion for summary judgment, filed August 28, 2015 with accompanying statement of material facts ["SMF"] filed pursuant to M.R. Civ. P. 56(h). The court has reviewed Plaintiff's supporting materials, including affidavits, appended exhibits, and legal memoranda, as well as Defendant's opposition, opposing SMF, and affidavit.

Rule 56(c) of Maine's Rules of Civil Procedure provides that "Judgment shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, referred to in the statements required by subdivision (h) show that there is no genuine issue as to any material fact set forth in those statements and that any party is entitled to a judgment as a matter of law." M.R. Civ. P. 56(c) (emphasis added). *See also Curtis v. Porter*, 2001 ME 158, ¶¶ 7-9, 784 A.2d 18 ("When facts or reasonable inferences are in dispute on a material point, summary judgment may not be entered").

Plaintiff contends that "[t]his Court should grant summary judgment here because the facts … are not in dispute and establish a contractual liability." The court is not persuaded, however, as Defendant controverts a number of facts material to the issue of Defendant's liability. Defendant disputes, moreover, Plaintiff's claimed damages. *See* Defendant's Additional Statement of Material Facts at ¶¶ 4-6. Accordingly, because material facts are in dispute, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is DENIED.

DATED: 10/13/15

_____
Hon. Keith A. Powers
Maine District Court Judge

STATE OF MAINE
Cumberland, ss, Clerk's Office

OCT 1 4 2015
RECEIVED

TIMOTHY STEIGELMAN ESQ
KELLY REMMEL & ZIMMERMAN
PO BOX 597
PORTLAND ME 04112-0597

PETER MCGEE ESQ
169 OCEAN ST
SUITE 207
SOUTH PORTLAND ME 04106